LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
LISA J. ZASTROW, ESQ.
Nevada Bar No. 9727
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 – Telephone
(702) 382-1512 – Facsimile
jgarin@lipsonneilson.com
lzastrow@lipsonneilson.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHINA AUTO LOGISTICS, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DLA PIPER, LLP, a Maryland Limited Liability Partnership,<br><br>Defendant. | Case No.: 2:20-cv-00646-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS [ECF 6]**<br><br>**(FIRST REQUEST)** |

Plaintiff CHINA AUTO LOGISTICS, INC., and Defendant DLA PIPER, LLP, (US), erroneously sued herein as DLA Piper, LLP ("DLA Piper"), by and through their respective counsel of record, hereby agree and stipulate as that the deadline for DLA PIPER to file its Reply in Support of Motion to Dismiss [ECF 6] shall be extended one (1) week from May 4, 2020, to May 11, 2020.

\\\
\\\
\\\

*CHINA AUTO LOGISTICS, INC. v. DLA PIPER, LLP*

Case No.  2:20-cv-00646-GMN-EJY

Pursuant to Local Rule 6-1(b), the parties state the reason for the extension is that counsel for DLA Piper has been incapacitated with an unforeseen medical condition requiring hospitalization. This is the Parties' first request for an extension, and is made in good faith and not for purpose of delay.

| | |
|---|---|
| DATED this 4th day of May, 2020. | DATED this 4th day of May, 2020. |
| MINCIN LAW, PLLC | LIPSON NEILSON P.C. |
| By: /s/*David Mincin* <br> DAVID MINCIN, ESQ. <br> Nevada Bar No. 5427 <br> 7465 W. Lake Mead  Blvd. <br> Suite 100 <br> Las Vegas, NV 89128 <br> (702) 852-1957 <br> dmincin@mincinlaw.com <br><br> *Attorneys for Plaintiff* | By: /s/ *Joseph P. Garin* <br> JOSEPH P. GARIN, ESQ. <br> Nevada Bar No. 6653 <br> LISA J. ZASTROW, ESQ. <br> Nevada Bar No. 9727 <br> 9900 Covington Cross Drive, Suite 120 <br> Las Vegas, Nevada 89144 <br> (702) 382-1500 <br> jgarin@lipsonneilson.com <br> lzastrow@lipsonneilson.com <br><br> *Attorneys for Defendant* |

**ORDER**

Based on the foregoing stipulation of the parties, and good cause appearing,

**IT IS SO ORDERED.**

DATED: this   4   day of May, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Prepare and submitted by:

LIPSON NEILSON P.C.

By: /s/ *Joseph P. Garin*
    JOSEPH P. GARIN
    Nevada Bar No. 6653
    LISA J. ZASTROW
    Nevada Bar No. 9727
    9900 Covington Cross Drive, Suite 120
    Las Vegas, Nevada 89144
    *Attorneys for Defendant*

**Lipson Neilson P.C.**
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 FAX: (702) 382-1512