David Mincin, Esq.
Nevada Bar No. 5427
MINCIN LAW, PLLC
7465 W. Lake Mead Boulevard, #100
Las Vegas, Nevada 89128
dmincin@mincinlaw.com
Phone: 702-852-1957
Fax: N/A
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHINA AUTO LOGISTICS, INC., a Nevada Corporation,<br><br>         Plaintiff,<br><br>vs.<br><br>DLA PIPER, LLP, a Maryland Limited Liability Partnership,<br><br>         Defendant. | Case No.: 20-CV-00646-GMN-EJY |

## ~~STIPULATION AND~~ ORDER TO EXTEND TIME FOR RULE 26

**Whereas** this action was filed by Plaintiff China Auto Logistics against Defendant DLA Piper LLP (US) in Clark County District Court, State of Nevada, on March 13, 2020 .

**Whereas** Defendant DLA Piper LLP (US) filed a notice of removal removing this action to this court on April 6, 2020.

**Whereas** Defendant DLA Piper LLP (US) filed a motion to dismiss on April 13, 2020 in which it challenges personal jurisdiction over it Nevada courts.

**Whereas** the parties believe cause exists to extend the time for holding a Rule 26(f) conference for the following reasons. 1) judicial economy favors forbearing on opening discovery until the court resolves Defendant DLA Piper LLP (US)'s objection to personal jurisdiction in this court. 2) numerous eye-witnesses, shareholders, officers and members of Plaintiff China Auto Logistics's board reside in China. A general ban currently exists that

1

1   would prohibit travel from China to the United States.  Plaintiff believes it will be extremely

2   challenging to coordinate witness depositions until the travel ban is resolved.  3) Numerous

3   other witnesses reside outside of Nevada and the United States.  The parties believe it will be

4   challenging to coordinate these depositions and other discovery until travel and other business

5   restrictions that exist due to the coronavirus pandemic are lifted.

6   **It Is Therefore Stipulated And Agreed** that the time to hold the  Fed. R. Civ. P. 26(f)

7   conference is extended to June 30, 2020 and the time to submit a proposed scheduling order

8   required by LR 26-1 be extended to July 14, 2020.

9

10  SO STIPULATED                                    SO STIPULATED

    DATED this 6th day of May, 2020.                 DATED this 6th day of May, 2020.

11  MINCIN LAW, PLLC                                 LIPSON NEILSON PC

12

13  By:   /s/   David Mincin                         By:   /s/ Lisa J. Zastrow
          David Mincin, Esq.                               Joseph P. Garin, Esq.

14        State Bar No.5427                                State Bar No. 6653
          7465 W. Lake Mead Boulevard, #100               Lisa J. Zastrow, Esq.

15        Las Vegas, Nevada 89128                          State Bar No. 9727
          *Attorney for Plaintiff*                         9900 Covington Cross Dr., #120

16                                                         Las Vegas, Nevada 89144
                                                           *Attorney for Defendant*
17

18  **ORDER**

19  Based on the foregoing Stipulation between the parties:

20  **IT IS HEREBY ORDERED** that the time to hold the  Fed. R. Civ. P. 26(f)

21  conference is extended to June 30, 2020 and the time to submit a proposed scheduling order

22  required by LR 26-1 be extended to July 14, 2020.

23  DATED this  7th  day of May, 2020.

24

25                                       United States Magistrate Judge

26

27  / / /

28

                                          2