David Mincin, Esq.
Nevada Bar No. 5427
MINCIN LAW, PLLC
7465 W. Lake Mead Boulevard, #100
Las Vegas, Nevada 89128
dmincin@mincinlaw.com
Phone: 702-852-1957
Fax: N/A
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHINA AUTO LOGISTICS, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DLA PIPER, LLP, a Maryland Limited Liability Partnership,<br><br>Defendant. | Case No.: 20-CV-00646-GMN-EJY |

**STIPULATION AND ORDER TO EXTEND TIME FOR RULE 26 (4th REQUEST)**

**Whereas** this action was filed by Plaintiff China Auto Logistics against Defendant DLA Piper LLP (US) in Clark County District Court, State of Nevada, on March 13, 2020.

**Whereas** Defendant DLA Piper LLP (US) filed a notice of removal removing this action to this court on April 6, 2020.

**Whereas** Defendant DLA Piper LLP (US) filed a motion to dismiss on April 13, 2020 in which it challenges personal jurisdiction over it Nevada courts.

**Whereas** the parties believe cause exists to extend the time for holding a Rule 26(f) conference for the following reasons.  1) judicial economy favors forbearing on opening discovery until the court resolves Defendant DLA Piper LLP (US)'s objection to personal jurisdiction in this court. 2) numerous eye-witnesses, shareholders, officers and members of Plaintiff China Auto Logistics's board reside in China.  A general ban currently exists that

Page 1 of 3

would prohibit travel from China to the United States. Plaintiff believes it will be extremely challenging to coordinate witness depositions until the travel ban is resolved. 3) Numerous other witnesses reside outside of Nevada and the United States. The parties believe it will be challenging to coordinate these depositions and other discovery until travel and other business restrictions that exist due to the coronavirus pandemic are lifted.

**It Is Therefore Stipulated And Agreed** that the time to hold the Fed. R. Civ. P. 26(f) conference is extended to January 15, 2021 and the time to submit a proposed scheduling order required by LR 26-1 be extended to February 2, 2021.

SO STIPULATED

DATED this 27th day of October, 2020.

MINCIN LAW, PLLC

By:  /s/   David Mincin
David Mincin, Esq.
State Bar No.5427
7465 W. Lake Mead Boulevard, #100
Las Vegas, Nevada 89128
*Attorney for Plaintiff*

SO STIPULATED

DATED this 27th day of October, 2020.

LIPSON NEILSON PC

By:  /s/ Lisa J. Zastrow
Joseph P. Garin, Esq.
State Bar No. 6653
Lisa J. Zastrow, Esq.
State Bar No. 9727
9900 Covington Cross Dr., #120
Las Vegas, Nevada 89144
*Attorney for Defendant*

**ORDER**

Based on the foregoing Stipulation between the parties:

**IT IS HEREBY ORDERED** that the time to hold the Fed. R. Civ. P. 26(f) conference is extended to January 15, 2021 and the time to submit a proposed scheduling order required by LR 26-1 be extended to February 2, 2021.

DATED this 28th day of October, 2020.

UNITED STATES MAGISTRATE JUDGE

/ / /

Page 2 of 3

W:\2019 - DM\4396cali.dlapiper\Stip To Extend Time For Rule 26 (4th Req)...DMcb...10-22-2020.wpd          October 27, 2020 (8:57am)