David Mincin, Esq.
Nevada Bar No. 5427
MINCIN LAW, PLLC
7465 W. Lake Mead Boulevard, #100
Las Vegas, Nevada 89128
dmincin@mincinlaw.com
Phone: 702-852-1957
Fax: N/A
*Attorney for Plaintiff[1]*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHINA AUTO LOGISTICS, INC., a Nevada Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> DLA PIPER, LLP, a Maryland Limited Liability Partnership, <br><br> Defendant. | Case No.: 20-CV-00646-GMN-EJY |

## STIPULATION AND ORDER TO EXTEND TIME FOR RULE 26 (5th REQUEST)

**Whereas** this action was filed by Plaintiff China Auto Logistics against Defendant DLA Piper LLP (US) in Clark County District Court, State of Nevada, on March 13, 2020.

**Whereas** Defendant DLA Piper LLP (US) filed a notice of removal removing this action to this court on April 6, 2020.

**Whereas** Defendant DLA Piper LLP (US) filed a motion to dismiss on April 13, 2020 in which it challenges personal jurisdiction over it Nevada courts.

**Whereas** Plaintiff China Auto Logistics, Inc. filed for Chapter 7 Bankruptcy relief on November 20, 2020.

---

[1] As indicated below, Plaintiff China Auto Logistics has filed for chapter 7 relief. China Auto Logistics' court appointed bankruptcy trustee has authorized David Mincin, Esq., of Mincin Law PLLC to submit this stipulation while she investigates this lawsuit as an asset and determines whether to substitute in or otherwise administer it.

1 **Whereas** the parties believe cause exists to extend the time for holding a Rule 26(f)

2 conference for the following reasons.  1) judicial economy favors forbearing on opening

3 discovery until the court resolves Defendant DLA Piper LLP (US)'s objection to personal

4 jurisdiction in this court. 2) numerous eye-witnesses, shareholders, officers and members of

5 Plaintiff China Auto Logistics's board reside in China.  A general ban currently exists that

6 would prohibit travel from China to the United States.  Plaintiff believes it will be extremely

7 challenging to coordinate witness depositions until the travel ban is resolved.  3) Numerous

8 other witnesses reside outside of Nevada and the United States.  The parties believe it will be

9 challenging to coordinate these depositions and other discovery until travel and other business

10 restrictions that exist due to the coronavirus pandemic are lifted.  4) Plaintiff China Auto

11 Logistics has filed for chapter 7 bankruptcy relief on 11/20/20 United States Bankruptcy Court

12 District of Nevada Case 20-15894-abl.  Accordingly, additional cause also exists to extend the

13 deadline so that China Auto Logistics' bankruptcy trustee can investigate this lawsuit as an

14 asset, determine whether to substitute into this case, or otherwise administer it.

15 **It Is Therefore Stipulated And Agreed** that the time to hold the  Fed. R. Civ. P. 26(f)

16 conference is extended to April 15, 2021 and the time to submit a proposed scheduling order

17 required by LR 26-1 be extended to May 3, 2021.

18 SO STIPULATED                                          SO STIPULATED

19 DATED this 13th day of January, 2021.               DATED this 13th day of January, 2021.

20 MINCIN LAW, PLLC                                       LIPSON NEILSON PC

21
22 By:___/s/___David Mincin_____              By:____/s/ Lisa J. Zastrow_____
       David Mincin, Esq.                                 Joseph P. Garin, Esq.
       State Bar No.5427                                   State Bar No. 6653
23     7465 W. Lake Mead Boulevard, #100                   Lisa J. Zastrow, Esq.
       Las Vegas, Nevada 89128                             State Bar No. 9727
24     *Attorney for Plaintiff*                            9900 Covington Cross Dr., #120
                                                          Las Vegas, Nevada 89144
25                                                        *Attorney for Defendant*

26

27

28

1

**ORDER**

2    Based on the foregoing Stipulation between the parties:

3    **IT IS HEREBY ORDERED** that the time to hold the  Fed. R. Civ. P. 26(f)

4 conference is extended to April 15, 2021 and the time to submit a proposed scheduling order

5 required by LR 26-1 be extended to May 3, 2021.

6    DATED this ____13th____ day of January, 2021.

7

8                                    ELAYNA J. YOUCHAH
                                     UNITED STATES MAGISTRATE JUDGE
9

10 SUBMITTED BY:

11 MINCIN LAW, PLLC

12
By:____/s/____David Mincin_____
13           David Mincin, Esq.
             State Bar No. 5427
14           7465 W. Lake Mead Boulevard, #100
             Las Vegas, Nevada 89128
15           *Attorney for Plaintiff*

16

17

18

19

20

21

22                                   # # #

23

24

25

26

27

28